UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                          CRIMINAL ACTION NO. 2:16-00088

Terrance Matthew Wilson
*also known as Bones*

SUPERVISED RELEASE REVOCATION
MEMORANDUM OPINION AND ORDER

On January 6, 2022, the United States of America appeared by Patrick J. Jeffrey, Assistant United States Attorney, and the defendant, Terrence Matthew Wilson, appeared in person and by his counsel, Rhett H. Johnson, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Mark Ruscello. The defendant commenced a 5-year term of supervised release in this action on May 28, 2020, as more fully set forth in the Judgment in a Criminal Case entered by the court on December 22, 2016.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects:  (1) on July 2, 2021 the defendant sold an ounce of methamphetamine to a confidential informant, for $400, and on July 19, 2021, the defendant arranged for the sale of an ounce of methamphetamine for $450, and on July 28, 2021, the defendant was in possession of a stolen Smith and Wesson .380 caliber loaded, handgun, all in violation of federal and state laws; (2) on June 17, 2020, July 30, 2020, and January 5, 2021, the defendant submitted urine specimens which tested positive for marijuana, and on September 11, 2020, the defendant submitted a urine specimen that tested positive for marijuana and methamphetamine; (3) the defendant failed to provide monthly reports, as instructed by his probation officer, for any month excluding the month of June 2020; and (4) the defendant has failed to maintain employment since October 13, 2020; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of

supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

It is further ORDERED that the sentencing in this matter be, and hereby is, scheduled for 1:30 p.m. on April 7, 2022.

The defendant was remanded to the custody of the United States Marshal pending sentencing.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  January 24, 2022

_____
John T. Copenhaver, Jr.
Senior United States District Judge